HOMEQ SERVICING CORPORATION, APPELLEE, *v.* SCHWAMBERGER ET AL.,

APPELLANTS.

[Cite as *HomEq Servicing Corp. v. Schwamberger,*

122 Ohio St.3d 80, 2009-Ohio-2607.]

*Judgment of the court of appeals affirmed on the authority of Wilborn v. Bank*
*One Corp.*

(No. 2008-1284 — Submitted February 18, 2009 — Decided June 9, 2009.)

APPEAL from the Court of Appeals for Scioto County,

No. 07CA3146, 2008-Ohio-2478.

_____

{¶ 1}   The judgment of the court of appeals is affirmed on the authority
of *Wilborn v. Bank One Corp.*, 121 Ohio St.3d 546, 2009-Ohio-306, 906 N.E.2d
396.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR,
O'DONNELL, LANZINGER, and CUPP, JJ., concur.

_____

Ulmer & Berne, L.L.P., and Reuel D. Ash, for appellee.

Volkema Thomas, L.P.A., and Michael S. Miller and Daniel R. Volkema;
and Bannon, Howland & Dever Co., L.P.A., and Robert R. Dever, for appellants.

_____